IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

KHALFANI ATKINSON,

    Petitioner,

v.                            Civil Action No. 1:06cv19
                             Criminal Action No. 1:02cr36(1)
                             (Judge Keeley)

UNITED STATES OF AMERICA,

    Respondent.

## ORDER GRANTING MOTION TO FILE RESPONSE OUT OF TIME

For good cause shown, the respondent's motion to file its response out of time (dckt. 6) is **GRANTED**. The response filed on September 28, 2006, is deemed timely.

IT IS SO ORDERED.

The Clerk is directed to mail a copy of this Order to the *pro se* petitioner.

DATED: August 9, 2007.

                                                 /s *John S. Kaull*
                                                 JOHN S. KAULL
                                                 UNITED STATES MAGISTRATE JUDGE